1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
3  evettepennypacker@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
5  Facsimile:    (650) 801-5100

6  Attorneys for Symyx Technologies, Inc.

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11 | SYMYX TECHNOLOGIES, INC., a        | CASE NO. C 07-04050RS
   | Delaware corporation,              |
12 |                                    | **MOTION TO CONTINUE DATE FOR**
   |         Plaintiff,                 | **CASE MANAGEMENT CONFERENCE**
13 |                                    |
   |    vs.                             |
14 |                                    |
   | ACCELERGY CORPORATION, a Delaware  |
15 | corporation,                       |
   |                                    |
16 |         Defendant.                 |

### Motion to Continue Case Management Conference Date

On August 7, 2007, Symyx Technologies, Inc. ("Symyx") filed a complaint against Accelergy Corporation ("Accelergy"). Declaration of Evette D. Pennypacker ("Pennypacker Decl.) ¶2. By order dated August 7, 2007, the Court set a Case Management Conference in this matter for November 21, 2007. *Id.* Since filing the Complaint, the parties have been engaged in efforts to resolve this dispute without escalating the litigation. *Id.* at ¶3. Accordingly, as of the date of this Motion, Symyx has not served the Complaint on Accelergy. *Id.* The deadline to serve the summons and Complaint pursuant to Federal Rule of Civil Procedure 4(m) is December 5, 2007.

Under the current schedule, the parties would be required to meet and confer, agree to and submit a Joint Case Management Conference Statement, and appear at the Case Management Conference before Symyx is required to serve the complaint in this action on Accelergy, and while the parties continue to engage in efforts to resolve this matter informally. Pennypacker Decl. ¶4. Symyx therefore requests that the Court continue the date for the Case Management Conference in this case to January 25, 2008 in order to allow the parties additional time to discuss resolution of this matter before Symyx serves the complaint on Accelergy and to provide sufficient time for Accelergy to respond to the complaint in the event service on Accelergy is necessary.

There have not been any previous time modifications in this case. An extension of this deadlines will have no major effect in this case as there are no other deadlines in place at this time. Before filing, counsel for Symyx provided a copy of this Motion to Accelergy, and Accelergy stated that it had no objection. Pennypacker Decl. ¶5. Accordingly, Symyx requests that this Court enter an order continuing the Case Management Conference Date to January 23, 2008.

DATED: November 8, 2007          Respectfully submitted,

                                 QUINN EMANUEL URQUHART OLIVER &
                                 HEDGES, LLP


                                 By /s/_____
                                    Evette D. Pennypacker
                                    Attorneys for Symyx Technologies, Inc.