QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Symyx Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCELERGY CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C 07-04050RS<br><br>**DECLARATION OF EVETTE D. PENNYPACKER IN SUPPORT OF MOTION TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE** |

1   I, Evette D. Pennypacker, declare as follows:

2   1. I am a member of the bar of the State of California and a member of Quinn Emanuel Urquhart Oliver & Hedges, LLP, attorneys for Symyx Technologies, Inc. ("Symyx"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Symyx filed the complaint in this action on August 7, 2007. On that same date, the Court issued an order setting a Case Management Conference for November 21, 2007.

3. As of the date of this declaration, Symyx has not served the complaint on Accelergy because the parties have been engaged in efforts to resolve this matter informally. The parties continue to pursue those efforts.

4. Under the current schedule, it would be necessary for the parties to meet and confer, prepare a Joint Case Management Conference Statement, and appear at the Case Management Conference all before Accelergy has been served with (and Symyx is required to serve) the complaint in this case and while the parties continue to engage in efforts to settle this dispute without further escalating the litigation.

5. Before filing Symyx's Motion to Continue Date for Case Management Conference, on November 8, 2007, I provided a copy of the Motion to Chris Cox at the law firm of Weil Gotshal, counsel for Accelergy. Mr. Cox stated that Accelergy did not object to Symyx's Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 8, 2007, at Redwood Shores, California.

/s/
Evette D. Pennypacker