QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Symyx Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCELERGY CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C 07-04050RS<br><br>**[PROPOSED] ORDER GRANTING SYMYX TECHNOLOGIES MOTION TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE** |

### ORDER

The Court, having considered Symyx Technology, Inc.'s Motion to Continue Date for Case Management Conference, HEREBY GRANTS Symyx's Motion and resets the initial case management conference to January 23, 2008 at 2:30 p.m.

IT IS SO ORDERED.

DATED: November ___, 2007

                                                Hon. Richard Seeborg
                                                UNITED STATES DISTRICT JUDGE