1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2     claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3     evettepennypacker@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
5  Facsimile:     (650) 801-5100

6  Attorneys for Symyx Technologies, Inc.

7

*E-FILED 11/1307*

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  SYMYX TECHNOLOGIES, INC., a          CASE NO. C 07-04050RS
    Delaware corporation,
12                                        [PROPOSED] ORDER GRANTING
                  Plaintiff,              SYMYX TECHNOLOGIES MOTION TO
13                                        CONTINUE DATE FOR CASE
         vs.                             MANAGEMENT CONFERENCE
14
    ACCELERGY CORPORATION, a Delaware
15  corporation,

16                  Defendant.

17

18                          ORDER

19      The Court, having considered Symyx Technology, Inc.'s Motion to Continue Date for

20  Case Management Conference, HEREBY GRANTS Symyx's Motion and resets the initial case

21  management conference to January 23, 2008 at 2:30 p.m.

22

23  IT IS SO ORDERED.

24
    DATED: November  13, 2007
25

26

27  Hon. Richard Seeborg
    UNITED STATES DISTRICT JUDGE
                              MAGISTRATE JUDGE
28

51201/2289593.1                                          Case No. C 07-04050RS
               [PROPOSED] ORDER GRANTING SYMYX TECHNOLOGIES MOTION TO CONTINUE CMC DATE