| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES<br>555 TWIN DOLPHIN DRIVE, STE 560<br>REDWOOD CITY, CA 94065<br>Telephone No: 650-801-5000  FAX No: 650-801-5100 | |
| Attorney for: Plaintiff | Ref. No. or File No.: 51201 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |
| Plaintiff: SYMYX TECHNOLOGIES, INC. |
| Defendant: ACCELERGY CORPORATION; ET AL |

| PROOF OF SERVICE<br>SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07-4050-RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; First Amended Complaint; Civil Cover Sheet; Order Granting Symx Technologies Motion To Continue Date For Case Management Conference; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Standing Orders Regarding Case Management In Civil Cases; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules; Notice Of Assignment Of Case To A United States Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Usdc Northern California Ecf Registration Information Handout; Notice Of Electronic Availability Of Case File Information; General Order Rules; Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Blank Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule 3-5); Blank Adr Certificate By Parties And Counsel; Blank Stipulation And [Proposed] Order Selecting Adr Process; Blank Notice Of Need For Adr Phone Conference; Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties; Adr Dispute Resolution Procedures.

3. a. Party served: ACCERLERGY CORPORATION
   b. Person served: APRIL LIN, SENIOR ACCOUNTANT, AUTHORIZED TO ACCEPT

4. Address where the party was served: 2471 E. BAYSHORE ROAD, SUITE 520
   PALO ALTO, CA 94303

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Dec. 05, 2007 (2) at: 10:30AM

7. Person Who Served Papers:
   a. LUIZ A. PIMENTEL



1541 Bayshore Hwy.
Burlingame, CA 94010-1602
(650) 697-9431
GENERAL@AALEGALSERVICE.COM
Fax (650) 697-4640

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. The Fee for Service was:
e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.: 2006-000982
   (iii) County: San Francisco
   (iv) Expiration Date: Sat, Jul. 12, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Dec. 05, 2007

(LUIZ A. PIMENTEL)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS CIVIL/CASE

6104500.42662