| Attorney or Party without Attorney: QUINN EMANUEL URQUHART OLIVER & HEDGES 555 TWIN DOLPHIN DRIVE, STE 560 REDWOOD CITY, CA 94065 Telephone No: 650-801-5000   FAX No: 650-801-5100 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 51201 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: SYMYX TECHNOLOGIES, INC.
Defendant: ACCELERGY CORPORATION; ET AL

| PROOF OF SERVICE SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 07-4050-RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; First Amended Complaint; Civil Cover Sheet; Order Granting Symx Technologies Motion To Continue Date For Case Management Conference; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Standing Orders Regarding Case Management In Civil Cases; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules; Notice Of Assignment Of Case To A United States Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Usdc Northern California Ecf Registration Information Handout; Notice Of Electronic Availability Of Case File Information; General Order Rules; Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Blank Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule3-5); Blank Adr Certificate By Parties And Counsel; Blank Stipulation And [Proposed] Order Selecting Adr Process; Blank Notice Of Need For Adr Phone Conference; Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties; Adr Dispute Resolution Procedures.

3. a. Party served: PEIJUN CONG

4. Address where the party was served: 12146 KIRKBROOK DRIVE SARATOGA, CA 95070

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Dec. 04, 2007 (2) at: 7:02PM

7. **Person Who Served Papers:**
   a. ANANDA P. BOUGANIM

   A & A LEGAL SERVICE
   1541 Bayshore Hwy.
   Burlingame, CA 94010-1602
   (650) 697-9431
   GENERAL@AALEGALSERVICE.COM
   Fax (650) 697-4640

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2006-0000970-00
      (iii) County: San Francisco

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Dec. 05, 2007

(ANANDA P. BOUGANIM)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS CIVIL/CASE

6204500.42664