| Attorney or Party without Attorney: <br> QUINN EMANUEL URQUHART OLIVER & HEDGES <br> 555 TWIN DOLPHIN DRIVE, STE 560 <br> REDWOOD CITY, CA 94065 <br> Telephone No: 650-801-5000    FAX No: 650-801-5100 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

| | Ref. No. or File No.: <br> 51201 |
|---|---|

| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California |
|---|

| Plaintiff: SYMYX TECHNOLOGIES, INC. |
|---|
| Defendant: ACCELERGY CORPORATION; ET AL |

| PROOF OF SERVICE <br> SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07-4050-RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; First Amended Complaint; Civil Cover Sheet; Order Granting Symx Technologies Motion To Continue Date For Case Management Conference; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Standing Orders Regarding Case Management In Civil Cases; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules; Notice Of Assignment Of Case To A United States Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Usdc Northern California Ecf Registration Information Handout; Notice Of Electronic Availability Of Case File Information; General Order Rules; Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Blank Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule3-5); Blank Adr Certificate By Parties And Counsel; Blank Stipulation And [Proposed] Order Selecting Adr Process; Blank Notice Of Need For Adr Phone Conference; Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties; Adr Dispute Resolution Procedures.

3. a. Party served:    YOUQI WANG
   b. Person served:   SEE ITEM 5.b.

4. Address where the party was served:   2471 E. BAYSHORE ROAD, SUITE 520
                                          PALO ALTO, CA 94303

5. I served the party:
   b. **by substituted service.** On: Wed., Dec. 05, 2007 at: 16:40 I left the documents listed in item 2 with or in the presence of:
   April Lin -senior accountant (4:40pm)
   (1) (**Business**) A person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. ANANDA P. BOUGANIM



1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602    Fax (650) 697-4640
(650) 697-9431

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:*

e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.:    2006-0000970-00
   (iii) County:             San Francisco

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Dec. 05, 2007

Judicial Council Form    PROOF OF SERVICE    (ANANDA P. BOUGANIM)
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS CIVIL/CASE                          6204500.42663

| Attorney or Party without Attorney:<br>QUINN EMANUEL URQUHART OLIVER & HEDGES<br>555 TWIN DOLPHIN DRIVE, STE 560<br>REDWOOD CITY, CA 94065<br>Telephone No: 650-801-5000    FAX No: 650-801-5100 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: 51201 |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: SYMYX TECHNOLOGIES, INC. | |
| Defendant: ACCELERGY CORPORATION; ET AL | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07-4050-RS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; First Amended Complaint; Civil Cover Sheet; Order Granting Symx Technologies Motion To Continue Date For Case Management Conference; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Standing Orders Regarding Case Management In Civil Cases; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules; Notice Of Assignment Of Case To A United States Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Usdc Northern California Ecf Registration Information Handout; Notice Of Electronic Availability Of Case File Information; General Order Rules; Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Blank Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule3-5); Blank Adr Certificate By Parties And Counsel; Blank Stipulation And [Proposed] Order Selecting Adr Process; Blank Notice Of Need For Adr Phone Conference; Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties; Adr Dispute Resolution Procedures.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., Dec. 05, 2007
   b. Place of Mailing:        BURLINGAME, CA 94010
   c. Addressed as follows:    YOUQI WANG
                               2471 E. BAYSHORE ROAD, SUITE 520
                               PALO ALTO, CA 94303

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Dec. 05, 2007 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GLORIA MADERA                              d. *The Fee for Service was:*
   b. A & A LEGAL SERVICE                        e. I am: (3) registered California process server
      1541 Bayshore Hwy.                               (i)   Employee
      BURLINGAME, CA 94010                             (ii)  Registration No.:   810
   c. (650)697-9431, FAX (650)697-4640                 (iii) County:             San Francisco

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Dec. 05, 2007

                                                            *(signature)*
Judicial Council Form                  PROOF OF SERVICE      (GLORIA MADERA)        6204500.42663
Rule 982.9.(a)&(b) Rev January 1, 2007     By Mail