| *Attorney or Party without Attorney:* | *For Court Use Only* |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES<br>555 TWIN DOLPHIN DRIVE, STE 560<br>REDWOOD CITY, CA 94065<br>*Telephone No:* 650-801-5000    *FAX No:* 650-801-5100 | |

*Attorney for:* Plaintiff

*Ref. No. or File No.:* 51201

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court, Northern District Of California

*Plaintiff:* SYMYX TECHNOLOGIES, INC.

*Defendant:* ACCELERGY CORPORATION; ET AL

| **PROOF OF SERVICE**<br>**SUMMONS CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07-4050-RS |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; First Amended Complaint; Civil Cover Sheet; Order Granting Symx Technologies Motion To Continue Date For Case Management Conference; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Re: Initial Case Management; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Standing Orders Regarding Case Management In Civil Cases; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules; Notice Of Assignment Of Case To A United States Magistrate Judge; Blank Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Usdc Northern California Ecf Registration Information Handout; Notice Of Electronic Availability Of Case File Information; General Order Rules; Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Blank Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule3-5); Blank Adr Certificate By Parties And Counsel; Blank Stipulation And [Proposed] Order Selecting Adr Process; Blank Notice Of Need For Adr Phone Conference; Order Of The Chief Judge In Re: Electronic Filing In Cases With Unrepresented Parties; Adr Dispute Resolution Procedures.

3. a. *Party served:*         YUMIN LIU
   b. *Person served:*        SEE ITEM 5.b.

4. *Address where the party was served:*    1565 PROVINCETOWN DRIVE
                                            SAN JOSE, CA 95129

5. *I served the party:*
   b. **by substituted service.** On: Wed., Dec. 05, 2007 at: 7:20PM I left the documents listed in item 2 with or in the presence of:
                                 LING "DOE", (Asian, Female, 35 Years Old, Black Hair, Brown Eyes, 5 Feet 6
                                 Inches, 120 Pounds)
   (2) **(Home)**Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MELISSA MAJOR                                     d. *The Fee for Service was:*



1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602    Fax (650) 697-4640
(650) 697-9431

   e. I am: (3) registered California process server
      *(i)* Independent Contractor
      *(ii) Registration No.:*    390
      *(iii) County:*             San Mateo
      *(iv) Expiration Date:*     Fri, May. 15, 2009

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Dec. 06, 2007

Judicial Council Form                    PROOF OF SERVICE                    *Melissa Major*
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS CIVIL CASE          (MELISSA MAJOR)    6204500.42665