QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Symyx Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCELERGY CORPORATION, a Delaware Corporation, YOUQI WANG, PEIJUN CONG, and YUMIN LIU,<br><br>Defendants. | CASE NO. C 07-04050RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE [CIVIL L.R. 6-2 AND FRCP 6(b)]** |

## STIPULATION

WHEREAS, Defendants Accelergy Corporation ("Accelergy"), Youqi Wang, Peijun Cong, and Yumin Liu (collectively "Defendants") were served with Plaintiff Symyx Technologies, Inc.'s ("Symyx") First Amended Complaint on or around December 5, 2007;

WHEREAS, the parties have agreed to extend the time for the Defendants to respond to the First Amended Complaint to January 9, 2008;

WHEREAS, a case management conference is currently scheduled for January 23, 2008;

WHEREAS, lead counsel for Symyx is not available on January 23, 2008 and the Defendants would like additional time to respond to the Complaint;

1  WHEREAS, the case management conference was previously continued once because the
2  Defendants had not yet been served the Complaint and the parties were discussing resolution of
3  this matter;

4  WHEREAS, a continuance of the case management conference will not impact any other
5  dates in this case, as there are no other deadlines in place at this time;

6  NOW THEREFORE, pursuant to Civil L.R. 6-2 and FRCP 6(b), the parties do hereby
7  stipulate by and through their counsel of record and respectfully request that the Court enter an
8  Order continuing the initial case management conference to February 6, 2008.

9  IT IS SO STIPULATED:

10 DATED: December 26, 2007

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP


By ___/s/_____
Evette D. Pennypacker
Attorneys for Symyx Technologies, Inc.

DATED: December 26, 2007          WEIL, GOTSHAL & MANGES LLP


By ___/s/_____
Christopher J. Cox
Attorneys for Accelergy Corporation, Youqi
Wang, Peijun Cong, and Yumin Liu


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED.
DATED: December      , 2007


_____
Hon. Richard Seeborg
UNITED STATES MAGISTRATE JUDGE

### Signature Attestation

I hereby attest that Plaintiff's counsel, Christopher J. Cox, read and agreed to the above **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE [CIVIL L.R. 6-2 AND FRCP 6(b)]** and gave Quinn Emanuel permission to sign and file the stipulation on his behalf.

DATED: December 26, 2007           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Evette D. Pennypacker
Evette D. Pennypacker
Attorneys for Defendant Symyx Technologies, Inc.