1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
3  evettepennypacker@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
4  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
5  Facsimile:   (650) 801-5100

6  Attorneys for Symyx Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SYMYX TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCELERGY CORPORATION, a Delaware Corporation, YOUQI WANG, PEIJUN CONG, and YUMIN LIU,<br><br>Defendants. | CASE NO. C 07-04050RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE [CIVIL L.R. 6-2 AND FRCP 6(b)]** |
|---|---|

## STIPULATION

WHEREAS, Defendants Accelergy Corporation ("Accelergy"), Youqi Wang, Peijun Cong, and Yumin Liu (collectively "Defendants") were served with Plaintiff Symyx Technologies, Inc.'s ("Symyx") First Amended Complaint on or around December 5, 2007;

WHEREAS, the parties have agreed to extend the time for the Defendants to respond to the First Amended Complaint to January 9, 2008;

WHEREAS, a case management conference is currently scheduled for January 23, 2008;

WHEREAS, lead counsel for Symyx is not available on January 23, 2008 and the Defendants would like additional time to respond to the Complaint;

WHEREAS, the case management conference was previously continued once because the Defendants had not yet been served the Complaint and the parties were discussing resolution of this matter;

WHEREAS, a continuance of the case management conference will not impact any other dates in this case, as there are no other deadlines in place at this time;

NOW THEREFORE, pursuant to Civil L.R. 6-2 and FRCP 6(b), the parties do hereby stipulate by and through their counsel of record and respectfully request that the Court enter an Order continuing the initial case management conference to February 6, 2008.

IT IS SO STIPULATED:

DATED: December 26, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/
Evette D. Pennypacker
Attorneys for Symyx Technologies, Inc.

DATED: December 26, 2007

WEIL, GOTSHAL & MANGES LLP

By /s/
Christopher J. Cox
Attorneys for Accelergy Corporation, Youqi Wang, Peijun Cong, and Yumin Liu

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED.
DATED: December 27, 2007

Hon. Richard Seeborg
UNITED STATES MAGISTRATE JUDGE