1 | MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
2 | CHRISTOPHER J. COX (Bar No. 151650)
E-Mail: chris.cox@weil.com
3 | GREGORY D. HULL (Bar No. 57367)
E-Mail: greg.hull@weil.com
4 | WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
5 | Redwood Shores, CA 94065
Telephone: (650) 802-3000
6 | Facsimile: (650) 802-3100

7 | Attorneys for Defendants
ACCELERGY CORPORATION, YOUQI
8 | WANG, PEIJUN CONG and YUMIN LIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., | Case No. C 07 04050 RS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| ACCELERGY CORPORATION, YOUQI WANG, PEIJUN CONG and YUMIN LIU, | Magistrate Judge Richard Seeborg |
| Defendants. | |

Having reviewed the papers and arguments of counsel submitted in connection with Defendants Accelergy Corporation, Youqi Wang, Peijun Cong and Yumin Liu's Motion To Dismiss Complaint of Plaintiff Symyx Technologies, Inc. or, In The Alternative, For A More Definite Statement ("Defendants' Motion"), and finding good cause therefor, IT IS HEREBY ORDERED that:

Defendants' Motion is GRANTED; and

The Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth and Tenth claims for relief are DISMISSED.

Dated: _____, 2008        _____
                                        The Honorable Richard Seeborg
                                        United States Magistrate Judge