MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
E-Mail: chris.cox@weil.com
GREGORY D. HULL (Bar No. 57367)
E-Mail: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
ACCELERGY CORPORATION, YOUQI
WANG, PEIJUN CONG and YUMIN LIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., | Case No. C 07 04050 RS |
| Plaintiff, | **DEFENDANT'S RULE 7.1 STATEMENT** |
| v. | Magistrate Judge Richard Seeborg |
| ACCELERGY CORPORATION, YOUQI WANG, PEIJUN CONG and YUMIN LIU, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Accelergy Corporation states that it has no parent corporation and that The Goldman Sachs Group, Inc. owns 10% or more of its stock.

Dated: January 9, 2008                WEIL, GOTSHAL & MANGES LLP


By: _____/s/ Christopher J. Cox_____
Christopher J. Cox
Attorneys for Defendant
ACCELERGY CORPORATION