*E-FILED 1/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., | No. C 07-04050 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| ACCELERGY CORPORATION, et al. | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, defendants' motion to dismiss, docket [14], noticed for hearing on March 12, 2008, shall be held on **March 19, 2008 at 9:30 a.m.** in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.

This change of hearing date does *not* alter the briefing schedule.  Briefing deadlines for this motion shall be calculated under the Local Civil Rules from the originally-noticed hearing date.

Dated: 1/10/08

                                              For the Court,
                                              RICHARD W. WEIKING, Clerk

                                              By:   /s/ Martha Parker Brown
                                                             Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Christopher J. Cox    chris.cox@weil.com, elaine.gleason@weil.com

Bobbie N Eftekar    bobbieeftekar@quinnemanuel.com

Evette Dionna Pennypacker    evettepennypacker@quinnemanuel.com

Claude M. Stern    claudestern@quinnemanuel.com, Cristinaherrera@quinnemanuel.com, Dougcolt@quinnemanuel.com, sandranichols@quinnemanuel.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 1/10/08

          /s/ BAK
      Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California