MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
E-Mail: chris.cox@weil.com
GREGORY D. HULL (Bar No. 57367)
E-Mail: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
ACCELERGY CORPORATION, YOUQI WANG, PEIJUN CONG and YUMIN LIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>v.<br><br>ACCELERGY CORPORATION, a Delaware corporation; YOUQI WANG, PEIJUN CONG and YUMIN LIU,,<br><br>Defendants. | Case No. C 07 04050 RS<br><br>**DEFENDANTS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Magistrate Judge Richard Seeborg |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), defendants Accelergy Corporation, Youqi Wang, Peijun Cong and Yumin Liu hereby voluntarily consent to have United States Magistrate Judge Richard Seeborg conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the appropriate Court of Appeal.

Dated: January 15, 2008                WEIL, GOTSHAL & MANGES LLP

By:   */s/ Christopher J. Cox*
Christopher J. Cox
Attorneys for Defendants
ACCELERGY CORPORATION,
YOUQI WANG, PEIJUN CONG
and YUMIN LIU