**United States District Court**
For the Northern District of California

**\*E-FILED\***
**January 23, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYMYX TECHNOLOGIES, INC.,

    Plaintiff,

  v.

ACCELERGY CORPORATION,

    Defendant.
_____/

No. C 07-04050 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for February 6, 2008 at 2:30 p.m. has been continued to **March 19, 2008 at <u>9:30 a.m.</u>**

Dated: January 23, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By:   /s/ Martha Parker Brown
       Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Christopher J. Cox     chris.cox@weil.com, elaine.gleason@weil.com

Bobbie N Eftekar     bobbieeftekar@quinnemanuel.com

Evette Dionna Pennypacker     evettepennypacker@quinnemanuel.com

Claude M. Stern     claudestern@quinnemanuel.com, Cristinaherrera@quinnemanuel.com, Dougcolt@quinnemanuel.com, sandranichols@quinnemanuel.com