ORIGINAL

Clerk's Use Only
Initial for fee pd:

1  Mark D. Baker
   QUINN EMANUEL URQUHART
2    OLIVER & HEDGES, LLP
   51 Madison Avenue, 22nd Floor
3  New York, New York 10010
4  Telephone:  (212) 849-7000
   Facsimile:  (212) 849-7100
5

FILED

2008 FEB 13 A 11: 03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8  SYMYX TECHNOLOGIES, INC., a          CASE NO. C 07-04050RS
9  Delaware corporation,

10         Plaintiff,                    APPLICATION FOR
                                         ADMISSION OF ATTORNEY
11     vs.                               *PRO HAC VICE*

12  ACCELERGY CORPORATION, a Delaware
13  corporation, et al.

14         Defendants.

15

16     Pursuant to Civil L.R. 11-3, Mark D. Baker, an active member in good standing of the bar

17 of the State of New York, hereby applies for admission to practice in the Northern District of

18 California on a *pro hac vice* basis representing plaintiff Symyx Technologies, Inc. in the above-

19 entitled action.

20     In support of this application, I certify on oath that:

21     1.   I am an active member in good standing of a United States Court or of the highest

22          court of another State or the District of Columbia, as indicated above;

23     2.   I agree to abide by the Standards of Professional Conducts set forth in Civil Local

24          Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

25          become familiar with the Local Rules and the Alternative Dispute Resolution

26          programs of this Court; and,

27

28

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Evette D. Pennypacker (Bar No. 203515), Quinn Emanuel Urquhart Oliver & Hedges, LLP, 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139, telephone: (650) 801-5000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2008                    *Mark Baker* (signature)