FILED
FEB 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
2008 FEB 13 AM 11:17
RICHARD W. WIEKING
U.S. CLERK
NO. DISTRICT COURT
DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCELERGY CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C 07-04050RS<br><br>[~~PROPOSED~~] ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

IT IS ORDERED that the Application for Admission of Mark D. Baker to appear and participate in this action is hereby approved.

DATED: 2/13/08

_____
HON. Richard Seeborg
United States Magistrate Judge

51201/2388467.1

Case No. C 07-04050RS

[PROPOSED] ORDER