QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (State Bar No. 96737)
    claudestern@quinnemanuel.com
  Evette D. Pennypacker (State Bar No. 203515)
    evettepennypacker@quinnemanuel.com
  Bobbie N. Eftekar (State Bar No. 240102)
    bobbieeftekar@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Mark D. Baker (admitted *pro hac vice*)
    markbaker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

Attorneys for Plaintiff
Symyx Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCELERGY CORPORATION, a Delaware Corporation, YOUQI WANG, PEIJUN CONG, and YUMIN LIU,<br><br>Defendants. | CASE NO. C 07 04050 RS<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>Magistrate Judge Seeborg |

51201/2394473.1

1     Having reviewed the papers and arguments of counsel submitted in connection with Defendants Accelergy Corporation, Youqi Wang, Peijun Cong and Yumin Liu's Motion to Dismiss the Complaint of Plaintiff Symyx Technologies, Inc. or, In the Alternative, For a More Definite Statement ("Defendants' Motion"), IT IS HEREBY ORDERED THAT:

    Defendants' Motion is DENIED.

Dated: _____, 2008

_____
The Honorable Richard Seeborg
United States Magistrate Judge