UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

SYMYX TECHNOLOGIES, INC., a Delaware corporation,

        Plaintiff(s)

vs.

ACCELERGY CORPORATION, a Delaware corporation, et al.

        Defendant(s).

Case No. C 07-04050RS

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/1/08

Plaintiff Symyx Technologies, Inc.
By: [signature]
Rex Jackson
Executive Vice President
and Chief Financial Officer

Dated: _____

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: /s/ Evette D. Pennypacker
Evette D. Pennypacker
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff