1  MATTHEW D. POWERS (Bar No. 104795)
   E-Mail: matthew.powers@weil.com
2  CHRISTOPHER J. COX (Bar No. 151650)
   E-Mail: chris.cox@weil.com
3  GREGORY D. HULL (Bar No. 57367)
   E-Mail: greg.hull@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
5  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
6  Facsimile: (650) 802-3100

7  Attorneys for Defendants
   ACCELERGY CORPORATION, YOUQI
8  WANG, PEIJUN CONG and YUMIN LIU

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | SYMYX TECHNOLOGIES, INC., a Delaware    | Case No. C 07 04050 RS
     corporation,,
13 |                                         | **ADR CERTIFICATION BY**
                  Plaintiff,                   **DEFENDANTS AND COUNSEL**
14 |
             v.                                Magistrate Judge Richard Seeborg
15 |
     ACCELERGY CORPORATION, a Delaware
16   corporation; YOUQI WANG, PEIJUN CONG
     and YUMIN LIU,,
17
                  Defendants.
18

19
20         Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned
21 certifies that he or she has:
22         (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern*
23 *District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited*
24 *printed copies are available from the clerk's office for parties in cases not subject to the court's*
25 *Electronic Case Filing program (ECF) under General Order 45);*
26         (2) Discussed the available dispute resolution options provided by the Court and
27 private entities; and
28         (3) Considered whether this case might benefit from any of the available dispute

1 | resolution options.

2 | Dated: 2-4 , 2008                    ACCELERGY CORPORATION

3 |                                      By _____

8 | Dated: 2-24 , 2008                   WEIL, GOTSHAL & MANGES LLP

11 |                                     By: _____
                                              Christopher J. Cox
                                           Attorneys for Defendants
                                           ACCELERGY CORPORATION,
                                           YOUQI WANG, PEIJUN CONG
                                              and YUMIN LIU