UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 36 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   FTR                                             DATE:   3/19/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
                                                                  CASE #:   C 07-04050RS

CASE TITLE: SYMYX TECHNOLOGIES       VS.   ACCELERGY CORPORATION, ET AL

**Appearances for Plaintiff(s)**                **Appearances for Defendant(s)**

  CLAUDE M. STERN                                 CHRISTOPHER J. COX

  EVETTE D. PENNYPACKER                           RIP J. FINST

                                                  GREGORY D. HULL

**TODAY'S PROCEEDINGS**

{  }SETTLEMENT CONF.    {X } CASE MANAGEMENT CONF.    {X } MOTIONS LISTED BELOW:

Pltf.    Deft.    Cross Mot.
{  }    {X }    {  }    1.   TO DISMISS
{  }    {  }    {  }    2.
{  }    {  }    {  }    3.
{  }    {  }    {  }    4.

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED        [   ] DENIED        [   ] SUBMITTED        [   ] DENIED/GRANTED in part

[   ] BRIEFS TO BE FILED AS FOLLOWS:

{X } Case Management Conference Cont'd to   4/30/08   @   2:30 pm

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: MOTION IS ARGUED AND TAKEN UNDER SUBMISSION.