**United States District Court**
For the Northern District of California

**\*E-FILED\***
**April 4, 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SYMYX TECHNOLOGIES, INC.,

    Plaintiff,

v.

ACCELERGY CORPORATION, et al.,

    Defendants.
_____/

No. C 07-04050 RS

**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for April 30, 2008. The parties are required to file a stipulation of dismissal by **July 2, 2008**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 9, 2008 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: April 4, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Christopher J. Cox    chris.cox@weil.com, elaine.gleason@weil.com

Bobbie N Eftekar    bobbieeftekar@quinnemanuel.com

Evette Dionna Pennypacker    evettepennypacker@quinnemanuel.com

Claude M. Stern    claudestern@quinnemanuel.com, Cristinaherrera@quinnemanuel.com, Dougcolt@quinnemanuel.com, Markbaker@quinnemanuel.com, sandranichols@quinnemanuel.com

Claude Michael Stern    claudestern@quinnemanuel.com

Dated: April 4, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg