**United States District Court**
For the Northern District of California

1

2

3

4   **\*E-FILED\***
**April 4, 2008**

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11   SYMYX TECHNOLOGIES, INC.,                    No. C 07-04050 RS

12            Plaintiff,                          **ORDER RE: SETTLEMENT;**
                                                  **STAND-BY ORDER TO SHOW**
13   v.                                           **CAUSE**

14   ACCELERGY CORPORATION, et al.,

15            Defendants.
     _____/

16

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18          The Court has been informed that the above-entitled action has settled.  Accordingly, the

19   Court vacates the Case Management Conference set for April 30, 2008.  The parties are required to

20   file a stipulation of dismissal by **July 2, 2008**.   If a stipulation of dismissal is not filed by that date,

21   the parties are ordered to appear on **July 9, 2008 at 9:30 a.m.** and show cause why the case should

22   not be dismissed.

23          Failure to comply with this Order may result in dismissal of the case.

24          IT IS SO ORDERED.

25   Dated: April 4, 2008

26   _____
     RICHARD SEEBORG
27   United States Magistrate Judge

28

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Christopher J. Cox     chris.cox@weil.com, elaine.gleason@weil.com

Bobbie N Eftekar     bobbieeftekar@quinnemanuel.com

Evette Dionna Pennypacker     evettepennypacker@quinnemanuel.com

Claude M. Stern     claudestern@quinnemanuel.com, Cristinaherrera@quinnemanuel.com, Dougcolt@quinnemanuel.com, Markbaker@quinnemanuel.com, sandranichols@quinnemanuel.com

Claude Michael Stern     claudestern@quinnemanuel.com


Dated:  April 4, 2008



  /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California