# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Symyx Technologies, Inc, <br><br>　　　　Plaintiff(s), <br><br>　v. <br><br>Accelergy Corporation, <br><br>　　　　Defendant(s). | 07-04050 RS MED <br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **A. James Isbester**
> Isbester & Thackray, LLP
> 3160 College Ave., Suite 203
> Berkeley, CA 94705
> 510-655-3014
> isbester@pacbell.net

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04050 RS MED　　　　　　　　- 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: April 4, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

———————————————
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04050 RS MED                - 2 -