1   MATTHEW D. POWERS (Bar No. 104795)
    E-Mail:  matthew.powers@weil.com
2   CHRISTOPHER J. COX (Bar No. 151650)
    E-Mail:  chris.cox@weil.com
3   GREGORY D. HULL (Bar No. 57367)
    E-Mail:  greg.hull@weil.com
4   WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
5   Redwood Shores, CA  94065
    Telephone: (650) 802-3000
6   Facsimile: (650) 802-3100

7   Attorneys for Defendants
    ACCELERGY CORPORATION, YOUQI
8   WANG, PEIJUN CONG and YUMIN LIU

9   QUINN EMANUEL URQUHART
    OLIVER & HEDGES, LLP
10    Claude M. Stern (Bar No. 96737)
        claudestern@quinnemanuel.com
11    Evette D. Pennypacker (Bar No. 203515)
        evettepennypacker@quinnemanuel.com
12  555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California  94065-2139
13  Telephone:     (650) 801-5000
    Facsimile:     (650) 801-5100

14
      Mark D. Baker (admitted *pro hac vice*)
15      markbaker@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
16  New York, New York  10010
    Telephone:     (212) 849-7000
17  Facsimile:     (212) 849-7100

18  Attorneys for Plaintiff
    Symyx Technologies, Inc

19
                    UNITED STATES DISTRICT COURT
20
                 NORTHERN DISTRICT OF CALIFORNIA
21

22  SYMYX TECHNOLOGIES, INC., a Delaware          Case No. C 07 04050 RS
    corporation,
23                                                STIPULATION OF DISMISSAL;
                    Plaintiff,                    [PROPOSED] ORDER
24
          v.                                      Magistrate Judge Richard Seeborg
25
    ACCELERGY CORPORATION, a Delaware
26  corporation; YOUQI WANG, PEIJUN CONG
    and YUMIN LIU,
27
                    Defendants.
28

1

2    The parties to the above-entitled action, by and through their respective attorneys,

3  pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate to dismiss this action in its entirety WITH

4  PREJUDICE, subject to the terms and conditions of the Mutual Release and Confidential

5  Settlement Agreement by and between all parties, effective May 20, 2008.  Each party shall bear

6  its own costs, expenses and attorneys' fees.

7  Dated: May 20, 2008                              WEIL, GOTSHAL & MANGES LLP

8

9

10                                                   By:    _/s/ Christopher Cox_
                                                           Christopher J. Cox
11                                                         Attorneys for Defendants
                                                        ACCELERGY CORPORATION,
12                                                       YOUQI WANG, PEIJUN CONG
                                                             and YUMIN LIU
13

14  Dated: May 20, 2008                              QUINN EMANUEL URQUHART OLIVER &
                                                     HEDGES LLP
15

16

17

18                                                   By:    _/s/ Evette Pennypacker_
                                                           Claude M. Stern
19                                                       Evette D. Pennypacker
                                                         Attorneys for Plaintiff
20                                                     SYMYX TECHNOLOGIES, INC.

21

22                              **[PROPOSED] ORDER**

23              PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  Dated: _____, 2008        _____

                                            The Honorable Richard Seeborg
26                                          United States Magistrate Judge

27

28