| | |
|---|---|
| 1  MATTHEW D. POWERS (Bar No. 104795) | |
|    E-Mail: matthew.powers@weil.com | |
| 2  CHRISTOPHER J. COX (Bar No. 151650) | *E-FILED 5/21/08* |
|    E-Mail: chris.cox@weil.com | |
| 3  GREGORY D. HULL (Bar No. 57367) | |
|    E-Mail: greg.hull@weil.com | |

MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
CHRISTOPHER J. COX (Bar No. 151650)
E-Mail: chris.cox@weil.com
GREGORY D. HULL (Bar No. 57367)
E-Mail: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*E-FILED 5/21/08*

Attorneys for Defendants
ACCELERGY CORPORATION, YOUQI WANG, PEIJUN CONG and YUMIN LIU

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
      claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
      evettepennypacker@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

   Mark D. Baker (admitted *pro hac vice*)
      markbaker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

Attorneys for Plaintiff
Symyx Technologies, Inc

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMYX TECHNOLOGIES, INC., a Delaware corporation, | Case No. C 07 04050 RS |
| Plaintiff, | STIPULATION OF DISMISSAL; [~~PROPOSED~~] ORDER |
| v. | Magistrate Judge Richard Seeborg |
| ACCELERGY CORPORATION, a Delaware corporation; YOUQI WANG, PEIJUN CONG and YUMIN LIU, | |
| Defendants. | |

STIPULATION OF DISMISSAL; [PROPOSED] ORDER                                          Case No. C 07 04050 RS

The parties to the above-entitled action, by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate to dismiss this action in its entirety WITH PREJUDICE, subject to the terms and conditions of the Mutual Release and Confidential Settlement Agreement by and between all parties, effective May 20, 2008. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: May 20, 2008                    WEIL, GOTSHAL & MANGES LLP

By: _____*/s/ Christopher Cox*_____
Christopher J. Cox
Attorneys for Defendants
ACCELERGY CORPORATION,
YOUQI WANG, PEIJUN CONG
and YUMIN LIU

Dated: May 20, 2008                    QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

By: _____*/s/ Evette Pennypacker*_____
Claude M. Stern
Evette D. Pennypacker
Attorneys for Plaintiff
SYMYX TECHNOLOGIES, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __May 21__, 2008                    _____
The Honorable Richard Seeborg
United States Magistrate Judge