| | |
|---|---|
| 1  MATTHEW D. POWERS (Bar No. 104795) | |
|    E-Mail: matthew.powers@weil.com | |
| 2  CHRISTOPHER J. COX (Bar No. 151650) | *E-FILED 5/21/08* |
|    E-Mail: chris.cox@weil.com | |
| 3  GREGORY D. HULL (Bar No. 57367) | |
|    E-Mail: greg.hull@weil.com | |
| 4  WEIL, GOTSHAL & MANGES LLP | |
|    201 Redwood Shores Parkway | |
| 5  Redwood Shores, CA  94065 | |
|    Telephone: (650) 802-3000 | |
| 6  Facsimile: (650) 802-3100 | |

7  Attorneys for Defendants
   ACCELERGY CORPORATION, YOUQI
8  WANG, PEIJUN CONG and YUMIN LIU

9  QUINN EMANUEL URQUHART
   OLIVER & HEDGES, LLP
10    Claude M. Stern (Bar No. 96737)
        claudestern@quinnemanuel.com
11    Evette D. Pennypacker (Bar No. 203515)
        evettepennypacker@quinnemanuel.com
12  555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California  94065-2139
13  Telephone:    (650) 801-5000
    Facsimile:    (650) 801-5100
14
      Mark D. Baker (admitted *pro hac vice*)
15      markbaker@quinnemanuel.com
    51 Madison Avenue, 22nd Floor
16  New York, New York  10010
    Telephone:    (212) 849-7000
17  Facsimile:    (212) 849-7100

18  Attorneys for Plaintiff
    Symyx Technologies, Inc
19
                    UNITED STATES DISTRICT COURT
20
                    NORTHERN DISTRICT OF CALIFORNIA
21

| | |
|---|---|
| 22  SYMYX TECHNOLOGIES, INC., a Delaware corporation, | Case No. C 07 04050 RS |
| 23  | STIPULATION OF DISMISSAL; |
|           Plaintiff, | [~~PROPOSED~~] ORDER |
| 24  | |
|       v. | Magistrate Judge Richard Seeborg |
| 25  | |
| 26  ACCELERGY CORPORATION, a Delaware corporation; YOUQI WANG, PEIJUN CONG and YUMIN LIU, | |
| 27  | |
|           Defendants. | |
| 28  | |

STIPULATION OF DISMISSAL; [PROPOSED] ORDER                                          Case No. C 07 04050 RS

1

2        The parties to the above-entitled action, by and through their respective attorneys,

3 pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate to dismiss this action in its entirety WITH

4 PREJUDICE, subject to the terms and conditions of the Mutual Release and Confidential

5 Settlement Agreement by and between all parties, effective May 20, 2008.  Each party shall bear

6 its own costs, expenses and attorneys' fees.

7 Dated: May 20, 2008                                   WEIL, GOTSHAL & MANGES LLP

10                                            By:   */s/ Christopher Cox*
11                                                   Christopher J. Cox
                                                    Attorneys for Defendants
12                                                   ACCELERGY CORPORATION,
                                                   YOUQI WANG, PEIJUN CONG
13                                                   and YUMIN LIU

14 Dated: May 20, 2008                                   QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

18                                              By:   */s/ Evette Pennypacker*
                                                   Claude M. Stern
19                                                   Evette D. Pennypacker
                                                   Attorneys for Plaintiff
20                                                   SYMYX TECHNOLOGIES, INC.

22                                    **[~~PROPOSED~~] ORDER**

23                PURSUANT TO STIPULATION, IT IS SO ORDERED.

24 Dated: May 21, 2008                                 /s/ Richard Seeborg
25                                             The Honorable Richard Seeborg
26                                             United States Magistrate Judge